# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DOUGLAS ROBERTSON

NO. 2023 KW 0713

**OCTOBER 10, 2023**

---

In Re:  Douglas Robertson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-03-0089.

---

**BEFORE:  McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk's Office reflect that the motion for immediate release was denied on June 2, 2023.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT